UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-CR-020 JD |
| | ) | |
| TERRY WAYNE SMITH | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on March 21, 2013 [DE 15]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Terry Wayne Smith's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED:  May 1, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court